**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

YASAR QAHTAN SAUD                              DOCKET NO. 2:25-cv-00393

VERSUS                                         JUDGE JAMES D. CAIN, JR.

FEDERAL BOP, ET AL                             MAGISTRATE JUDGE LEBLANC

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Saud's Motions for Temporary Restraining Order or Preliminary Injunction be **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claim against the Federal Bureau of Prisons be **DISMISSED.**

**THUS DONE AND SIGNED** in chambers this 6th day of April, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**